**Lacy WILLIAMS, Jr., Plaintiff—Appellant,**

v.

**Marvin L. POLK; Boyd Bennett; Cathy Judge; Jennie Lancaster; Marshall Pike; Benny Langdon; John A. Maness, Defendants—Appellees.**

No. 04–7164.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 23, 2004.

Decided: Jan. 10, 2005.

Lacy Williams, Jr., Appellant pro se.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lacy Williams, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Polk,* No. CA–04–144–5–FL (E.D.N.C. Apr. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*